990 So.2d 1153 (2008)
Andre Odell GREGORY, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D08-1880.
District Court of Appeal of Florida, Third District.
September 3, 2008.
Andre Odell Gregory, in proper person.
Bill McCollum, Attorney General, for appellee.
Before GERSTEN, C.J., ROTHENBERG, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Strickland v. Washington, 466 U.S. 668, 694, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); State v. Chattin, 877 So.2d 747 (Fla. 2d DCA 2004).